30 F.3d 1487
 65 Fair Empl.Prac.Cas. (BNA) 288
 McGough (James, Brenda)
v.
Bethlehem Steel Inc., Bethlehem Mines Inc., Bethlehem Steel
Inc. Benefit Committee, Plan Administrator Savings Plan for
Salaried Employees of Bethlehem Steel and Subsidiary
Companies, Pension Plan Trustee, Wolfe (Robert J.); Wolfe
(Robert J.) v. Bethenergy Mines, Inc., Pension Plan for
Eligible Salaried Employees of Bethlehem Steel Corp. and
Subsidiary Companies, Savings Plan for Salaried Employees of
Bethlehem Steel Corp. & Subsidiary
 NOS. 93-3568, 93-3569
 United States Court of Appeals,
Third Circuit.
 June 01, 1994
 
 Appeal From: W.D.Pa.,
 Smith, J.
 
 837 F.Supp. 708
 
 1
 AFFIRMED.